UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CURT MCLAUGHLIN,<br><br>    Plaintiffs,<br><br>v.<br><br>CERTIFIED RECOVERY GROUP, LLC,<br><br>    Defendants. | Case No. 14-cv-04080-NJV   (NJV)<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

The Clerk entered default in this case on January 9, 2015.  (Doc. 16.)  Accordingly, the case management conference set for February 3, 2015, and all associated deadlines are HEREBY VACATED.

**IT IS SO ORDERED**.

Dated: January 12, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge