UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

CURT MCLAUGHLIN,

    Plaintiff,

v.

CERTIFIED RECOVERY GROUP, LLC,

    Defendant.

Case No.  14-cv-04080-NJV   (NJV)

**ORDER TO SHOW CAUSE**

On January 9, 2015, Plaintiff filed a request for entry of default against Defendant pursuant to FRCP 55(a).[1]  (Doc. 15.)  The Clerk entered default on January 9, 2015.  (Doc. 16.)   Plaintiff has not moved for default judgment against Defendant pursuant to FRCP 55(b) and has done nothing to prosecute this case since the entry of default.  Accordingly, Plaintiff is HEREBY GRANTED twenty (20) days from the date of this order to show cause why this case should not be dismissed for lack of prosecution.

Plaintiff shall serve a copy of this order on Defendant.

**IT IS SO ORDERED**.

Dated: July 6, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

---

[1] Although incorrectly entitled Request for Entry of Default Judgment on ECF, the document itself is entitled Request for Entry of Default.