UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

CURT MCLAUGHLIN,

    Plaintiff,

v.

CERTIFIED RECOVERY GROUP, LLC,

    Defendant.

Case No.  14-cv-04080-NJV

**ORDER OF DISMISSAL**

Re: Dkt. No. 19

On July 7, 2015, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. 19.)  Defendant has not appeared in this case.  Accordingly, this case is HEREBY DISMISSED without prejudice.  The Clerk shall enter judgment accordingly.

Plaintiff shall serve a copy of this order on Defendant.

**IT IS SO ORDERED**.

Dated: July 13, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge